IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | BANKRUPTCY NO. 16-21175-CMB |
| | ) | |
| Susan E. Bork | ) | CHAPTER 13 |
|       DEBTOR | ) | DOCUMENT NO._____ |
| | ) | |
| Susan E. Bork | ) | Related to Doc.: 31 and 32 |
|     MOVANT | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PNC Bank, N.A., First Premier Bank, | ) | |
| PNC Mortgage and Ronda J. Winnecour, | ) | |
| Chapter 13 Trustee | ) | |
|     RESPONDENTS | ) | |

**CERTIFICATION OF NO OBJECTION REGARDING
MOTION TO EXTEND AUTOMATIC STAY**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 26, 2016 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than September 12, 2016.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated:  September 15, 2016                     /s/ Corey J. Sacca_____
                                                                             Corey J. Sacca, Esq.
                                                                             PA ID 306741
                                                                             Bononi & Company, P.C.
                                                                             20 North Pennsylvania Ave
                                                                             Suite 201
                                                                             Greensburg, PA 15601
                                                                             724-832-2499
                                                                             csacca@bononilaw.com

**PAWB Local Form 25 (07/13)**