IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | BANKRUPTCY NO. 16-21175-CMB |
| ) | |
| Susan E. Bork ) | CHAPTER 13 |
|      DEBTOR ) | DOCUMENT NO.___ |
| ) | |
| Susan E. Bork ) | Related to Document: 31 |
|      MOVANT ) | |
| ) | |
| vs. ) | |
| ) | |
| PNC Bank, N.A., First Premier Bank, ) | **ENTERED BY DEFAULT** |
| PNC Mortgage and Ronda J. Winnecour, ) | |
| Chapter 13 Trustee ) | |

ORDER

AND NOW, this ____20th____ day of ____September____, 2016 upon consideration of Debtor's Motion to Extend Stay it is hereby ORDERED, ADJUDGED, and DECREED the Automatic Stay of 11 U.S.C. 362(a) is hereby extended to all named respondent for the duration of the Chapter 13 proceeding or until such time as the stay is terminated under 11 U.S.C. 362(c)1 or (c)(2), or a Motion for Relief is granted under Section 362(d), or until further Order of Court.

BY THE COURT:

_Carlota M. Böhm_
Carlota M. Böhm
United States Bankruptcy Judge

FILED
9/20/16 1:56 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                            Case No. 16-21175-CMB
Susan E. Bork                                                     Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dric              Page 1 of 1             Date Rcvd: Sep 20, 2016
                              Form ID: pdf900         Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2016.
```
db             +Susan E. Bork,    PO Box 75,    United, PA 15689-0075
14204794       +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14278466       +PNC Bank, National Association,    Attn: Bankruptcy,    3232 Newmark Drive,
                Miamisburg, OH 45342-5421
14204796       +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14204795       +E-mail/Text: mawccollection@mawc.org Sep 21 2016 01:33:16
                Municipal Auth. of Westmoreland County,    124 Park N Pool Drive,    New Stanton, PA 15672-2404
                                                                                             TOTAL: 1

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              PNC BANK, NATIONAL ASSOCIATION
                                                                                             TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2016 at the address(es) listed below:
```
              Corey J. Sacca    on behalf of Debtor Susan E. Bork csacca@bononilaw.com,
               coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com
              Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4
```