# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| Debtor: | SUSAN E. BORK |
| Case Number: | 16-21175-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, SEPTEMBER 29, 2016  02:00 PM  3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

FILED
10/3/16 10:16 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#8 - Final Confirmation of Plan Dated 4/12/2016 - NFC
#35 - Objection filed by PNC Bank
R / M #:  8 / 0

### *Appearances:*

Debtor: [signature]
Trustee: Winnecour / Bedford / Pail / Katz
Creditor:

[handwritten: Debtor entering into stipulation with PNC regarding its treatment. Continue for stipulation to be filed & approved.]

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to 11/17/16 at 3:30 pm.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

9/22/2016    1:12:25PM