IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No.    16-21175-CMB |
| | ) | |
| Susan E. Bork | ) | Chapter 13 |
| | ) | |
| Debtors, | ) | Document No. |
| | ) | |
| Susan E. Bork | ) | |
| | ) | |
| Movants, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PNC Bank, National Association | ) | |
| | ) | |
| Respondent. | ) | |

## STIPULATION AND ORDER
## AS TO TREATMENT OF CLAIM NO. 1 OF PNC BANK, NATIONAL ASSOCIATION

AND NOW come Debtor, by and through her counsel, Corey J. Sacca, Esquire, Bononi & Company, P.C., and PNC Bank, National Association, by and through its counsel, James C. Warmbrodt Esquire, of KML Law Group, P.C. enter into this Stipulation and Order in connection with the treatment of Claim No. 1 of PNC Bank, National Association, as follows:

1. PNC Bank, National Association shall be entitled to an interest bearing secured claim in the amount of $16,636.33.

2. The interest bearing secured claim in the amount of $16,636.33 shall be paid in full during the chapter 13 plan at a rate of 4%.

3. PNC Bank, National Association shall be entitled to a non-interest bearing secured claim in the amount of $5,739.67.

4. The non-interest bearing secured claim in the amount of $5,739.67 shall be paid in full during the chapter 13 plan at a rate of 0% interest.

5. Debtor must also include in their chapter 13 plan payments, a payment to PNC Bank National Association of $111.88 per month as an escrow payment for the payment of the real property taxes and insurance on the Debtor's residence and the subject property of this Stipulation and Order.

6. PNC Bank, National Association may file, Notice of Mortgage Payment Change, when appropriate to adjust the payment of the escrow for this mortgage debt.

7. This Stipulation shall not survive the dismissal of the above captioned case.

Date: _____                             _____
                                                  Carlota M. Böhm
                                                  United States Bankruptcy Court

Consented to:

/s/ Corey J. Sacca
Corey J. Sacca, Esq. PA 306741
csacca@bononilaw.com
Attorney for Debtor
BONONI & COMPANY, P.C.
20 N. Pennsylvania Ave, Ste. 201
Greensburg, PA 15601
T: (724) 832-2499
F: (724) 836-0370

/s/ James C. Warmbrodt
James C. Warmbrodt, Esquire
PA ID 42524
KML Law Group, P.C.
701 Market Street
Philadelphia, PA 19106
T: 215-825-6306
F: 215-825-6406