# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

FILED
1/20/17 8:52 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Conciliation Conference:_**

| | |
|---|---|
| Debtor: | SUSAN E. BORK |
| Case Number: | 16-21175-CMB    Chapter: 13 |
| Date / Time / Room: | THURSDAY, JANUARY 19, 2017 11:30 AM   3251 US STEEL |
| Hearing Officer: | CHAPTER 13 TRUSTEE |

**_Matter:_**

#8 - Continued Confirmation of Plan Dated 4/12/2016 - NFC
R / M #:  8 / 0

**_Appearances:_**

Debtor: _Sarca_
Trustee: Winnecour / (Bedford) / Pail / Katz
Creditor:

_PNC stipulation filed yesterday_

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to __3-9-17__ at __2:00__.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/11/2017   3:49:05PM