IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | Case No.    16-21175-CMB |
| ) | |
| Susan E. Bork ) | Chapter 13 |
| ) | |
| Debtors, ) | Document No.    40 |
| ) | |
| Susan E. Bork ) | |
| ) | |
| Movants, ) | |
| ) | |
| vs. ) | |
| ) | |
| PNC Bank, National Association ) | |
| ) | |
| Respondent. ) | |

## STIPULATION AND ORDER
## AS TO TREATMENT OF CLAIM NO. 1 OF PNC BANK, NATIONAL ASSOCIATION

AND NOW come Debtor, by and through her counsel, Corey J. Sacca, Esquire, Bononi & Company, P.C., and PNC Bank, National Association, by and through its counsel, James C. Warmbrodt Esquire, of KML Law Group, P.C. enter into this Stipulation and Order in connection with the treatment of Claim No. 1 of PNC Bank, National Association, as follows:

1. PNC Bank, National Association shall be entitled to an interest bearing secured claim in the amount of $16,636.33.

2. The interest bearing secured claim in the amount of $16,636.33 shall be paid in full during the chapter 13 plan at a rate of 4%.

3. PNC Bank, National Association shall be entitled to a non-interest bearing secured claim in the amount of $5,739.67.

4. The non-interest bearing secured claim in the amount of $5,739.67 shall be paid in full during the chapter 13 plan at a rate of 0% interest.

5. Debtor must also include in their chapter 13 plan payments, a payment to PNC Bank National Association of $111.88 per month as an escrow payment for the payment of the real property taxes and insurance on the Debtor's residence and the subject property of this Stipulation and Order.

6. PNC Bank, National Association may file, Notice of Mortgage Payment Change, when appropriate to adjust the payment of the escrow for this mortgage debt.

7. This Stipulation shall not survive the dismissal of the above captioned case.

Date: January 19, 2017

Carlota M. Böhm
United States Bankruptcy Court

Consented to:

/s/ Corey J. Sacca
Corey J. Sacca, Esq. PA 306741
csacca@bononilaw.com
Attorney for Debtor
BONONI & COMPANY, P.C.
20 N. Pennsylvania Ave, Ste. 201
Greensburg, PA 15601
T: (724) 832-2499
F: (724) 836-0370

/s/ James C. Warmbrodt
James C. Warmbrodt, Esquire
PA ID 42524
KML Law Group, P.C.
701 Market Street
Philadelphia, PA 19106
T: 215-825-6306
F: 215-825-6406

FILED
1/19/17 4:09 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Susan E. Bork  
    Debtor

Case No. 16-21175-CMB  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: dric   Page 1 of 1   Date Rcvd: Jan 19, 2017  
                 Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2017.  
db         +Susan E. Bork,   PO Box 75,   United, PA 15689-0075

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2017 at the address(es) listed below:  
      Corey J. Sacca    on behalf of Debtor Susan E. Bork csacca@bononilaw.com,  
       coreysacca@gmail.com;bankruptcy@bononilaw.com;bononiecfmail@gmail.com  
      James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
      Joshua I. Goldman    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                        TOTAL: 5