## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

In Re:
Susan E. Bork,
       Debtor(s)

PNC Bank, National Association,
       Movant(s)
               v.
Susan E. Bork and Ronda J. Winnecour, Trustee
       Respondent(s)

Bankruptcy No. 16-21175-CMB

Chapter 13

Related to Claim # 1

### DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. PNC Bank, National Association filed a Notice of Mortgage Payment Change on December 2, 2020.
2. Debtor's current escrow account payment was $111.88 per month.
3. Debtor's new escrow account payment is $111.80 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $718.27 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date:  December 4, 2020

/s/ Corey J. Sacca_____
Corey J. Sacca, Esq.
PA ID # 306741
Bononi & Company, P.C.
20 North Pennsylvania Ave, Suite 201
Greensburg, PA 15601
(724) 832-2499
csacca@bononilaw.com