UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>Susan E. Bork,<br>    Debtor(s)<br><br>PNC Bank, National Association,<br>    Movant(s)<br>              v.<br>Susan E. Bork and Ronda J. Winnecour, Trustee<br>    Respondent(s) | Bankruptcy No. 16-21175-CMB<br><br>Chapter 13<br><br>Related to Claim # 1 |

## DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT TO FUND THE PLAN WITH THE MODIFIED DEBT

1. PNC Bank, National Association filed a Notice of Mortgage Payment Change on November 16, 2021.
2. Debtor's current escrow account payment was $111.80 per month.
3. Debtor's new escrow account payment is $117.87 per month.
4. Debtor's principal and interest payment remains unchanged
5. Debtor's new total payment is $724.34 per month.
6. Debtor believes and avers that the current confirmed plan is sufficient without the need for amendment.

Date: November 22, 2021            /s/ Corey J. Sacca____
                                    Corey J. Sacca, Esq.
                                    PA ID # 306741
                                    Bononi & Company, P.C.
                                    20 North Pennsylvania Ave, Suite 201
                                    Greensburg, PA 15601
                                    (724) 832-2499
                                    csacca@bononilaw.com