Certificate Number: 03088-PAW-DE-038230057

Bankruptcy Case Number: 16-21175



03088-PAW-DE-038230057

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 28, 2024, at 6:11 o'clock PM CST, Susan E Bork completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: February 28, 2024

By: /s/Doug Tonne

Name: Doug Tonne

Title: Counselor